01

_____ **FILED**    _____ **ENTERED**
_____ **LODGED** _____ **RECEIVED**

02

**JUL 2 5 2012**

03

AT SEATTLE
**CLERK** U.S. DISTRICT COURT
**WESTERN** DISTRICT OF WASHINGTON
BY                                    DEPUTY

04

05                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
06                            AT SEATTLE

07 | UNITED STATES OF AMERICA,           )   CASE NO. MJ 12 - 392
                                         )
08 |        Plaintiff,                   )
                                         )
09 |   v.                                )   DETENTION ORDER
                                         )
10 | GUMERCINDO GUZMAN-TORRES,           )
                                         )
11 |        Defendant.                   )
   _____    )
                                         )
12

13 | Offenses charged:

14 | Count 1 – Conspiracy to Distribute Heroin (100+ gr.) and Methamphetamine (50+ gr.)

15 | Count 5 – Possession of Methamphetamine with Intent to Distribute

16 | Count 9 – Illegal Alien in Possession of Firearm

17

18 | Date of Detention Hearing:    July 25, 2012.

19 |        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20 | based upon the factual findings and statement of reasons for detention hereafter set forth,

21 | finds that no condition or combination of conditions which defendant can meet will

22 | reasonably assure the appearance of defendant as required and the safety of other persons and

DETENTION ORDER
PAGE -1

01  the community.

02      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

03      1.      Defendant is a citizen of Mexico, and is present in this country illegally,

04  according to records of the U.S. Marshal and the Bureau of Immigration and Customs

05  Enforcement.

06      2.      There is an immigration detainer pending against defendant. The issue of his

07  release on this charge is therefore essentially moot.

08      3.      Upon advice of counsel, defendant declined to be interviewed by this court's

09  pretrial services officer. The court therefore has very limited additional information about

10  defendant.

11      4.      Defendant and his counsel offered no evidence, proffer or argument to contest

12  the entry of an order of detention.

13      5.      There does not appear to be any condition or combination of conditions that

14  will reasonably assure the defendant's appearance at future Court hearings while addressing

15  the danger to other persons or the community.

16  It is therefore ORDERED:

17      1.  Defendant shall be detained pending trial and committed to the custody of the

18          Attorney General for confinement in a correction facility separate, to the extent

19          practicable, from persons awaiting or serving sentences or being held in custody

20          pending appeal;

21      2.  Defendant shall be afforded reasonable opportunity for private consultation with

22          counsel;

DETENTION ORDER
PAGE -2

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this _25_ day of July, 2012.

John L. Weinberg
United States Magistrate Judge

DETENTION ORDER
PAGE -3