01  
_____ **FILED**  _____**ENTERED**  
_____ **LODGED** _____**RECEIVED**

02  

**JUL 2 5 2012**

03  

AT SEATTLE  
**CLERK** U.S. DISTRICT COURT  
**WESTERN DISTRICT OF WASHINGTON**  
BY                                    DEPUTY

04  

05  
UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF WASHINGTON  
06  
AT SEATTLE

07  | UNITED STATES OF AMERICA,              )    CASE NO. MJ 12 - 392

08  |          Plaintiff,                              )

09  |    v.                                            )    DETENTION ORDER

10  | GUMERCINDO GUZMAN-TORRES,       )

11  |          Defendant.                           )

12  | _____ )

13  | <u>Offenses charged</u>:

14  | Count 1 – Conspiracy to Distribute Heroin (100+ gr.) and Methamphetamine (50+ gr.)

15  | Count 5 – Possession of Methamphetamine with Intent to Distribute

16  | Count 9 – Illegal Alien in Possession of Firearm

17  |

18  | <u>Date of Detention Hearing</u>:    July 25, 2012.

19  |          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

20  | based upon the factual findings and statement of reasons for detention hereafter set forth,

21  | finds that no condition or combination of conditions which defendant can meet will

22  | reasonably assure the appearance of defendant as required and the safety of other persons and

DETENTION ORDER  
PAGE -1

01   the community.

02       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

03       1.     Defendant is a citizen of Mexico, and is present in this country illegally,

04   according to records of the U.S. Marshal and the Bureau of Immigration and Customs

05   Enforcement.

06       2.     There is an immigration detainer pending against defendant.  The issue of his

07   release on this charge is therefore essentially moot.

08       3.     Upon advice of counsel, defendant declined to be interviewed by this court's

09   pretrial services officer.  The court therefore has very limited additional information about

10   defendant.

11       4.     Defendant and his counsel offered no evidence, proffer or argument to contest

12   the entry of an order of detention.

13       5.     There does not appear to be any condition or combination of conditions that

14   will reasonably assure the defendant's appearance at future Court hearings while addressing

15   the danger to other persons or the community.

16   It is therefore ORDERED:

17   1.  Defendant shall be detained pending trial and committed to the custody of the

18        Attorney General for confinement in a correction facility separate, to the extent

19        practicable, from persons awaiting or serving sentences or being held in custody

20        pending appeal;

21   2.  Defendant shall be afforded reasonable opportunity for private consultation with

22        counsel;

DETENTION ORDER
PAGE -2

01   3. On order of the United States or on request of an attorney for the Government, the

02      person in charge of the corrections facility in which defendant is confined shall deliver

03      the defendant to a United States Marshal for the purpose of an appearance in

04      connection with a court proceeding; and

05   4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

06      for the defendant, to the United States Marshal, and to the United State Pretrial

07      Services Officer.

08   DATED this 25 day of July, 2012.

10   John L. Weinberg
11   United States Magistrate Judge

DETENTION ORDER
PAGE -3